**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_____ District of ___Hawaii_____
(State)

Case number (*If known*): _____ Chapter __7___

❑ Check if this is an
amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

**12/15**

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

| Part 1: | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |
|---|---|

**1. Chapter of the Bankruptcy Code**

*Check one:*

☑ Chapter *7*

❑ Chapter 11

| Part 2: | Identify the Debtor |
|---|---|

**2. Debtor's name**

SPD II Makaiwa Resort Development LLC
_____

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____
_____
_____

**4. Debtor's federal Employer Identification Number (EIN)**

❑ Unknown

_47_ __ _ _1421294_ __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

One Pennsylvania Plaza
_____
Number          Street

36th Floor
_____

New York                          NY          10119
_____
City                              State      ZIP Code

New York County
_____
County

**Mailing address, if different**

Two Old Hollow Lane
_____
Number          Street

_____
P.O. Box

East Hampton                      NY          11937
_____
City                              State      ZIP Code

**Location of principal assets, if different from principal place of business**

560 Aleka Loop
_____
Number          Street

_____

Kapa'a                            HI          96746
_____
City                              State      ZIP Code

**6. Debtor's website** (URL)  _____

---

**7. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

❑ Partnership (excluding LLP)

❑ Other type of debtor. Specify: _____

---

**8. Type of debtor's business**

*Check one:*

❑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

❑ Railroad (as defined in 11 U.S.C. § 101(44))

❑ Stockbroker (as defined in 11 U.S.C. § 101(53A))

❑ Commodity Broker (as defined in 11 U.S.C. § 101(6))

❑ Clearing Bank (as defined in 11 U.S.C. § 781(3))

❑ None of the types of business listed.

❑ Unknown type of business.

---

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☑ No

❑ Yes. Debtor _____  Relationship _____

District _____ Date filed _____ Case number, if known_____
                                               MM / DD / YYYY

Debtor _____  Relationship _____

District _____ Date filed _____ Case number, if known_____
                                               MM / DD / YYYY

---

## Part 3: Report About the Case

**10. Venue**

*Check one:*

☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

❑ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

---

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

❑ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

---

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☑ No

❑ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Lighting Design Alliance | Lighting design contract | $ 52,008.08 |
| Scientific Consultant Services | Archeological services contract | $ 26,068.63 |
| George Matsumoto Associates, Inc. | Kitchen and laundry facility design | $ 10,039.26 |
| | Total of petitioners' claims | See continuation page $ _____ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____  _____  _____
City                    State          ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____  _____  _____
City                    State          ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
                  MM  / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

**Attorneys**

 David C. Farmer
_____
Printed name

 David C. Farmer Attorney at Law LLLC
_____
Firm name, if any

 225 Queen Street - Suite 15A
_____
Number    Street

 Honolulu                    HI          96813
_____
City                    State          ZIP Code

Contact phone  808-888-3138  Email dcf@dcfaal.com

Bar number  3946

State  Hawaii

✘  /s/ David C. Farmer
_____
Signature of attorney

Date signed  05/27/2022
                  MM  / DD / YYYY

Debtor:  SPD II Makaiwa Resort Development LLC

Form 205 Continuation Sheet

13.  **EACH PETITIONER'S CLAIM**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim |
|---|---|---|
| Kauai Nursery and Landscaping | Tree removal contract | $19,480.00 |
| Kauai HydroSeed & Landscaping | Preservation site construction, fencing and tree removal | $16,607.24 |
| **SUBTOTAL PETITIONERS' CLAIMS:** | | **$36,087.24** |
| Lighting Design Alliance | Lighting design contract | $52,008.08 |
| Scientific Consultant Services | Archeological services contract | $26,068.63 |
| George Matsumoto Associates, Inc. | Kitchen and laundry facility design | $10,039.26 |
| **SUBTOTAL PETITIONERS' CLAIMS:** | | **$88,115.97** |
| **TOTAL PETITIONERS' CLAIMS** | | **$124,203.21** |

## 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:    Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

The Lighting Design Alliance, Inc.
_____
Name

2830     Temple Avenue
_____
Number    Street

Long Beach                CA          90806
_____
City                      State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lisa Israel
_____
Name

2830     Temple Avenue
_____
Number    Street

Long Beach                CA          90806
_____
City                      State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    05 /20/2022
             _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Digitally signed by Lisa Israel
DN: cn=Lisa Israel, o=Lighting Design Alliance, ou,
email=lisrael@lightingdesignalliance.com, c=US
Date: 2022.05.20 10:15:34 -07'00'

**Attorneys**

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                      State       ZIP Code

Contact phone _____ Email _____

Bar number    _____

State         _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| _____ | _____ | $ _____ |
| | Total of petitioners' claims | $ _____ |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4:  Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| Petitioners or Petitioners' Representative | Attorneys |
|---|---|

**Name and mailing address of petitioner**

Scientific Consultant Services, Inc.
Name

1357 Kapiolani Blvd, Ste 850
Number   Street

Honolulu      HI      96814
City          State    ZIP Code

**Printed name** _____

**Firm name, if any** _____

**Name and mailing address of petitioner's representative, if any**

Michael Dega
Name

1357 Kapiolani Blvd, Ste. 850
Number   Street

Honolulu      HI      96814
City          State    ZIP Code

Number    Street _____

City _____ State _____ ZIP Code _____

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 05  24  2022
           MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed _____
           MM / DD / YYYY

**Name and mailing address of petitioner**

George Matsumoto Associates, Inc.
Name

50 Hauoli Street
Number    Street

Wailuku                          HI          96763
City                             State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

Steven Hager
Name

50 Hauoli Street
Number    Street

Wailuku                          HI          96763
City                             State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/25/2022
             MM / DD / YYYY

✗    /s/ Steven Hager
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State       ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                State       ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City                State       ZIP Code

Contact phone  _____  Email _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

**Name and mailing address of petitioner**

Kauai Nursery & Landscaping Inc.
Name

3-1550 Kaumualii Highway
Number    Street

Lihue                    Hawaii        96766
City                     State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

Jerry Nishek
Name

3-1550 Kaumualii Highway
Number    Street

Lihue                    Hawaii        96766
City                     State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/23/2022
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

_____
Number    Street

_____
City                     State         ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City                     State         ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City                     State         ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name _____

Firm name, if any _____

_____
Number    Street

_____
City                     State         ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

Kauai Hydroseed & Landscape LLC
Name

P O Box 608
Number   Street

Lihue                HI        96766
City              State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lokene Bargamento
Name

P O Box 608
Number   Street

Lihue                HI        96766
City              State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/26/22
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number   Street
_____

City                State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name
_____

Number   Street
_____

City                State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name
_____

Number   Street
_____

City                State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name
_____

Firm name, if any
_____

Number   Street
_____

City                State      ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

✗ _____
Signature of attorney

Date signed _____
MM / DD / YYYY