
IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| In re:<br><br>SPD II MAKAIWA RESORT DEVELOPMENT LLC,<br><br>          Alleged Debtor. | Case No. 22-00355<br>(Involuntary Chapter 7)<br><br>**STIPULATION AND ORDER DISMISSING WITH PREJUDICE INVOLUNTARY PETITION AND MUTUAL RELEASE OF CLAIMS**<br><br>**RE: Docket No. 1**<br><br>**JUDGE: Honorable Robert J. Faris** |

**STIPULATION AND ORDER DISMISSING WITH PREJUDICE INVOLUNTARY PETITION AND MUTUAL RELEASE OF ALL CLAIMS**

      Petitioning Creditors GEORGE MATSUMOTO ASSOCIATES, INC.; KAUAI HYDROSEED & LANDSCAPING LLC; KAUAI NURSERY & LANDSCAPING, INC.; SCIENTIFIC CONSULTANT SERVICES, INC.; and THE LIGHTING DESIGN ALLIANCE, INC. (collectively "Petitioning Creditors") and Alleged Debtor SPD III MAKAIWA RESORT DEVELOPMENT LLC ("Alleged Debtor"), acting by and through their undersigned Counsel of record, pursuant to Federal Rules of

Bankruptcy Procedure Rule 9014, hereby stipulate to the Dismissal With Prejudice of this involuntary bankruptcy case, including the release of all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

DATED: Honolulu, Hawaiʻi; September 12, 2022.

/s/ David C. Farmer
Attorney for Petitioning Creditors

/s/ Johnathan C. Bolton
Attorney for Alleged Debtor

**END OF ORDER**

DAVID C. FARMER ATTORNEY AT LAW LLLC

DAVID C. FARMER      3946-0
225 Queen Street, Suite 15A
Honolulu, Hawaii 96813-4639
Telephone: (808) 222-3133
E-Mail: dcf@dcfaal.com

Attorney for Petitioning Creditors

**GEORGE MATSUMOTO ASSOCIATES, INC.;
KAUAI HYDROSEED & LANDSCAPING LLC;
KAUAI NURSERY & LANDSCAPING, INC.;
SCIENTIFIC CONSULTANT SERVICES, INC.;
THE LIGHTING DESIGN ALLIANCE, INC.**

# NOTICE LIST

**Johnathan Christiaan Bolton on behalf of Alleged Debtor SPD II Makaiwa Resort Development LLC**
jbolton@goodsill.com, pbabbitt@goodsill.com

**Chuck C. Choi on behalf of Interested Party Makaiwa Resort Company LLC**
cchoi@hibklaw.com, jczerwinski@hibklaw.com; csouza@hibklaw.com

**David C Farmer on behalf of Petitioning Creditors Geolabs, Inc.; George Matsumoto Associates, Inc.; Kauai Hydroseed & Landscaping LLC; Kauai Nursery & Landscaping, Inc.; Scientific Consultant Services, Inc.; The Lighting Design Alliance, Inc.**
dcf@dcfaal.com

**Erika S Gustin on behalf of Creditor Corban Kauai Chicago Lender, LLC**
egustin@carlsmith.com, carashiro@carlsmith.com

**Office of the U.S. Trustee.**
ustpregion15.hi.ecf@usdoj.gov