| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **SPD II Makaiwa Resort Development LLC** | **United States Bankruptcy Court** |
| | Name | **District of Hawaii** |
| Debtor 2 (Spouse, if filing) | Name | Case number: **22–00355** <br> Chapter: **7** |

# NOTICE OF ENTRY OF ORDER OR JUDGMENT

NOTICE IS GIVEN THAT:

The court entered the following order or judgment on the date below,

**Stipulation and Order Dismissing with Prejudice Involuntary Petition and Mutual Release of All Claims (related document(s)1 Involuntary Petition (Chapter 7)). Date of Entry: 9/13/2022. (LL)**

The order or judgment may be viewed at the Clerk's Office. It may also be viewed online using PACER, the federal judiciary's electronic records system. Information about obtaining and using a PACER account is available at the court website, www.hib.uscourts.gov.

Date: September 13, 2022

Michael B. Dowling
Clerk

Clerk's Office:
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813
(808) 522–8100
www.hib.uscourts.gov